Submitted on record and appellant's brief November 26, affirmed as modified and remanded December 15, 1975

STATE OF OREGON, *Respondent, v.* KURT DAYTON GEHRING (No. 75-118-C-3, CA 4739), *Appellant.*

542 P2d 1040

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, filed the brief for appellant.

Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

PER CURIAM.

Defendant appeals from one of three convictions resulting from a single trial—his conviction under Count III of the indictment for first degree kidnapping. Defendant argues the maximum conviction warranted by the evidence was second degree kidnapping, citing *State v. Swaggerty,* 15 Or App 343, 515 P2d 952 (1973).

The state concedes that *Swaggerty* is indistinquishable, and that the judgment of the trial court must be modified to reflect conviction for second degree kidnapping.

Affirmed as modified on Count III and remanded for resentencing thereon.